UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :
                                            :    Chapter 13
    Jennifer Marie Kline                 :
                                            :    Bankruptcy No. 17-11672AMC
        Debtor.                          :

## O R D E R

**AND NOW**, this 10th day of April, 2017, the Debtor having filed the above bankruptcy case on March 9, 2017,

**AND**, the Debtor having filed one (1) prior bankruptcy case before the present case:

Including case number 16-14179, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on June 9, 2016 and dismissed on August 2, 2016 for failure to file information,

**AND,** the docket reflecting that the Debtor has failed to file the below listed documents as requested by the chapter 13 Trustee:

    Certification Concerning Credit Counseling and/or Certificate of Credit Counseling
    Matrix List of Creditors
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-2
    Summary of Assets and Liabilities
    Means Test Calculation Form 122C-2

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without

first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on May 2, 2017 at 11:00 a.m. in Bankruptcy Courtroom No. 5, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to timely file the documents required by the order dated March 9, 2017.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Jennifer Marie Kline, Pro Se
39 Grapevine
Levittown, PA  19057

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy