United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11672-amc
Jennifer Marie Kline                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Apr 12, 2017
                 Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
db         +Jennifer Marie Kline,   39 Grapevine,   Levittown, PA 19057-3301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                        TOTAL: 2

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :    Chapter 13
    Jennifer Marie Kline               :
                                          :    Bankruptcy No. 17-11672AMC
        Debtor.                      :

# O R D E R

AND NOW, this 10th day of April, 2017, the Debtor having filed the above bankruptcy case on March 9, 2017,

AND, the Debtor having filed one (1) prior bankruptcy case before the present case:

Including case number 16-14179, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on June 9, 2016 and dismissed on August 2, 2016 for failure to file information,

AND, the docket reflecting that the Debtor has failed to file the below listed documents as requested by the chapter 13 Trustee:

    Certification Concerning Credit Counseling and/or Certificate of Credit Counseling
    Matrix List of Creditors
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-2
    Summary of Assets and Liabilities
    Means Test Calculation Form 122C-2

AND, it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without

first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on May 2, 2017 at 11:00 a.m. in Bankruptcy Courtroom No. 5, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to timely file the documents required by the order dated March 9, 2017.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Jennifer Marie Kline, Pro Se
39 Grapevine
Levittown, PA  19057

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy