UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :    Chapter 13
    Jennifer Marie Kline                        :
                                                    :    Bankruptcy No. 17-11672AMC
        Debtor.                                 :

# ORDER

**AND NOW**, this 2nd day of May, 2017, the Debtor having filed the above bankruptcy case on March 9, 2017,

**AND**, the Debtor having filed one (1) prior bankruptcy case before the present case:

Including case number 16-14179, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on June 9, 2016 and dismissed on August 2, 2016 for failure to file information,

**AND**, the docket reflecting that the Debtor has failed to file the below listed documents as requested by the chapter 13 Trustee:

    Certification Concerning Credit Counseling and/or Certificate of Credit Counseling
    Matrix List of Creditors
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-2
    Summary of Assets and Liabilities
    Means Test Calculation Form 122C-2

**AND**, the debtor having failed to appear at the hearing scheduled for May 2, 2017,

For the reasons stated in open court, the Court finds that the debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly it is

**ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365 days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, she should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 17-11672, and shall serve such motion upon all of her creditors and the United States Trustee.

Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Jennifer Marie Kline, Pro Se
39 Grapevine
Levittown, PA  19057

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy