United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-11672-amc
Jennifer Marie Kline                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: DonnaR            Page 1 of 1             Date Rcvd: May 04, 2017
                           Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db            +Jennifer Marie Kline,    39 Grapevine,    Levittown, PA 19057-3301
13880992      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov May 05 2017 01:07:37     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 05 2017 01:07:25
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 05 2017 01:07:30     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 05 2017 01:09:58     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13899432      +E-mail/Text: bnc@atlasacq.com May 05 2017 01:07:13     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Atlas Acquisitions LLC,   294 Union St.,    Hackensack, NJ 07601-4303
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 3

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :    Chapter 13
    Jennifer Marie Kline                        :
                                                :    Bankruptcy No. 17-11672AMC
        Debtor.                                 :

# ORDER

AND NOW, this 2nd day of May, 2017, the Debtor having filed the above bankruptcy case on March 9, 2017,

AND, the Debtor having filed one (1) prior bankruptcy case before the present case:

Including case number 16-14179, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on June 9, 2016 and dismissed on August 2, 2016 for failure to file information,

AND, the docket reflecting that the Debtor has failed to file the below listed documents as requested by the chapter 13 Trustee:

> Certification Concerning Credit Counseling and/or Certificate of Credit Counseling
> Matrix List of Creditors
> Chapter 13 Plan
> Schedules AB-J
> Statement of Financial Affairs
> Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-2
> Summary of Assets and Liabilities
> Means Test Calculation Form 122C-2

AND, the debtor having failed to appear at the hearing scheduled for May 2, 2017,

For the reasons stated in open court, the Court finds that the debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly it is

**ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365 days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, she should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 17-11672, and shall serve such motion upon all of her creditors and the United States Trustee.

Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Jennifer Marie Kline, Pro Se
39 Grapevine
Levittown, PA  19057

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Barbara Townsend, Courtroom Deputy